

| | |
|---|---|
| | **Service of Process Transmittal**<br>06/16/2021<br>CT Log Number 539746117 |

**TO:** Charles J Reitmeyer, Vice President & Assoc. General Counsel
Aramark
2400 MARKET ST FL 8
PHILADELPHIA, PA 19103-3041

**RE:** Process Served in Rhode Island

**FOR:** Aramark Services, Inc.  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

**TITLE OF ACTION:** John Turner, Pltf. vs. Aramark Services, Inc., Dft.

**DOCUMENT(S) SERVED:** Summons, Proof of Service, Complaint, Claim, Notice, Attachment(s)

**COURT/AGENCY:** Kent County Superior Court, RI
Case # KC20210489

**NATURE OF ACTION:** Employee Litigation - Whistle Blower's Act

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, East Providence, RI

**DATE AND HOUR OF SERVICE:** By Process Server on 06/16/2021 at 14:37

**JURISDICTION SERVED :** Rhode Island

**APPEARANCE OR ANSWER DUE:** Within 20 days after service, exclusive of the day of service

**ATTORNEY(S) / SENDER(S):** Bernard Patrick Healy
Law Office of Bernard P. Healy
750 East Avenue
Pawtucket, RI 02860
401-721-2260

**ACTION ITEMS:** CT has retained the current log, Retain Date: 06/17/2021, Expected Purge Date: 06/22/2021

Image SOP

Email Notification,  Charles J Reitmeyer  charles.reitmeyer@morganlewis.com

Email Notification,  Denise Bolc  bolc-denise@aramark.com

Email Notification,  Amy Golembo  golembo-amy@aramark.com

**REGISTERED AGENT ADDRESS:** C T Corporation System
450 Veterans Memorial Highway
Suite 7A
East Providence, RI 02914
877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)



**Service of Process Transmittal**
06/16/2021
CT Log Number 539746117

| | |
|---|---|
| **TO:** | Charles J Reitmeyer, Vice President & Assoc. General Counsel<br>Aramark<br>2400 MARKET ST FL 8<br>PHILADELPHIA, PA 19103-3041 |
| **RE:** | **Process Served in Rhode Island** |
| **FOR:** | Aramark Services, Inc.  (Domestic State: DE) |

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

|  | Civil Action File Number<br>KC-2021-0489 |
|---|---|
| **Plaintiff**<br>John Turner | **Attorney for the Plaintiff or the Plaintiff**<br>Bernard Patrick Healy |
| v.<br>Aramark Services, Inc<br>**Defendant** | **Address of the Plaintiff's Attorney or the Plaintiff**<br>750 EAST AVE<br>PAWTUCKET RI  02860 |
| Noel Judicial Complex<br>Kent County<br>222 Quaker Lane<br>Warwick RI  02886<br>(401) 822-6900 | **Address of the Defendant**<br>2400 Market Street<br>Philadelphia PA  19103 |

TO THE DEFENDANT, Aramark Services, Inc:   *Registered Agent: CT Corporation System, 450 Veterans Memorial Parkway, Ste. 7A, East Providence, RI 02914*

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 6/4/2021 | /s/ Danielle Keegan<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

| Plaintiff<br>John Turner<br>v.<br>Aramark Services, Inc<br>**Defendant** | **Civil Action File Number**<br>KC-2021-0489 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Aramark Services, Inc, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
☒ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent  C/o R/A C.T. Corporation System
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____

SERVICE DATE: 6/16/21 -2:02pm     SERVICE FEE $ 45.00
              Month Day Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2020)

Case Number: KC-2021-0488
Filed in Kent County Superior Court
Submitted: 6/3/2021 8:00 PM
Envelope: 3130023
Reviewer: Lindsay Z.

Case 1:21-cv-00281-WES-PAS   Document 2   Filed 07/07/21   Page 6 of 12 PageID #: 19

STATE OF RHODE ISLAND            SUPERIOR COURT
KENT, SC

JOHN TURNER

VS.            C.A. No.:

ARAMARK SERVICES, INC.

## COMPLAINT

1. The Plaintiff, John Turner, is a resident of the City of Warwick, County of Kent and State of Rhode Island.

2. The Defendant, Aramark Services, Inc., is a corporation doing business within the State of Rhode Island.

3. In or about June, 2018, the Plaintiff, John Turner, became an employee of Aramark Services, Inc.

4. The Plaintiff performed work for the Defendant throughout the Providence school system and buildings.

5. The Plaintiff was at all time relevant a licensed pipefitter.

6. The Plaintiff brings this action pursuant to R.I.G.L. 37-13-17 and R.I.G.L. §28-50-4.

7. At all times during the course of his employment with Defendant, the Plaintiff was performing repair work, and not ordinary maintenance work, throughout the various buildings of the Providence School Department.

8. Given the nature of his employment, it was the duty and responsibility of the Defendant to pay the Plaintiff prevailing wages.

9. The Defendant at no time paid the Plaintiff prevailing wages and the Defendant therefore owes the Plaintiff the difference between the wages paid and the prevailing wages for the work and labor of a skilled pipefitter at the time performed.

Case Number: KC-2021-0481
Filed in Kent County Superior Court
Submitted: 6/3/2021 8:00 PM
Envelope: 3130023
Reviewer: Lindsay Z.

Case 1:21-cv-00281-WES-PAS   Document 2   Filed 07/07/21   Page 7 of 12 PageID #: 20

10. During the course of his employment with the Defendant, the Plaintiff noted and noticed various defects and dangerous conditions within the various buildings of the Providence School Department.

11. The Plaintiff duly reported the dangerous and defective conditions prevailing throughout the school's building and physical plant to various representative and agents of the City of Providence and the Providence School Department and other governmental authorities.

12. The Defendant, in retaliation of Defendant's report of dangerous and defective conditions to the personnel of the Providence School Department and other authorities discharged the Plaintiff from his employment and refused to reinstate him to his position after a work injury.

13. Statutory jurisdiction is vested in the Honorable Court and the amount in controversy is also independently sufficient to justify the jurisdiction of this Honorable Court.

WHEREFORE, the Plaintiff demands judgment against the Defendant for all wages owed, for all damages as a result of his acting as a whistleblower, punitive damages and reasonable attorney's fees.

The Plaintiff,
JOHN TURNER
By his attorney:

/s/ Bernard P. Healy

Bernard P. Healy, Esq. #2072
Law Office of Bernard P. Healy
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260
(401) 721-2230 Fax
Bphealy@verizon.net

The Plaintiff hereby claims a trial by jury.

Case Number: KC-2021-0489
Filed in Kent County Superior Court
Submitted: 6/5/2021 2:37 PM
Envelope: 3132229
Reviewer: Lindsay Z.

Case 1:21-cv-00281-WES-PAS   Document 2   Filed 07/07/21   Page 8 of 12 PageID #: 21

STATE OF RHODE ISLAND        SUPERIOR COURT
KENT, SC

JOHN TURNER

VS.               C.A No.: KC-2021-0489

ARAMARK SERVICES, INC

## CLAIM FOR TRIAL BY JURY

The Plaintiff hereby claims a trial by jury in reference to the above matter.

          The Plaintiff,
          JOHN TURNER
          by his attorney:

          /s/ Bernard P. Healy

          Bernard P. Healy, Esquire #2072
          Law Office of Bernard P. Healy
          750 East Avenue
          Pawtucket, RI 02860
          (401) 721-2260
          (401) 721-2230 Fax
          bphealy@verizon.net

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1. **Call the Office of Court Interpreters at (401) 222-8710, or**

2. **Send an email message to interpreterfeedback@courts.ri.gov, or**

3. **Visit the interpreters' office to schedule an interpreter:**

   > The Office of Court Interpreters
   > Licht Judicial Complex
   > Fourth Floor, Room 401
   > 250 Benefit Street
   > Providence, RI 02903

   When requesting an interpreter, please provide the following information:

   - The name and number of your case
   - The language you are requesting
   - The date and time of your hearing
   - The location of your hearing
   - Your name and a telephone number where we can reach you or your lawyer

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# A V I S O

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.



La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.
Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. **Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;**

2. **Mandar un correo electrónico a <u>interpreterfeedback@courts.ri.gov</u>; o**

3. **Presentarse a la Oficina de Intérpretes para solicitar un intérprete:**

    **The Office of Court Interpreters**
    **Licht Judicial Complex**
    **Cuarto Piso, Oficina 401 A-B**
    **250 Benefit Street**
    **Providence, RI 02903**

    Al solicitar un intérprete, por favor provea la siguiente información:

- **El nombre y el número de su caso**
- **El idioma que solicita**
- **La fecha y hora de su audiencia**
- **Dónde va a tomar lugar su audiencia**
- **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Camboyano**: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2. Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou

3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

   Gabinete de Intérpretes Judiciais
   Complexo Judicial Licht
   Quarto Piso, Sala 401
   250 Benefit Street
   Providence, RI 02903

   Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

   - O nome e número do seu processo
   - O idioma que solicita
   - A data e hora da sua audiência
   - O local da sua audiência
   - O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

មើលសេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្ប៉ាញ និងព័ត៌ទុយហ្គាល់នៅលើទំព័រដែលបានភ្ជាប់។

សេចក្តីជូនដំណឹង

លោកអ្នកមានបណ្តឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ **Rhode Island**។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងផ្នែកភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្តល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬនរណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រភេទនៃបណ្តឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីត្រូវងពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសជូនខាងក្រោម៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ **(401) 222-8710** ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីត្រូវងពេលវេលាអ្នកបកប្រែ៖

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor, Room 401
> 250 Benefit Street
> Providence, RI 02903

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់នូវព័ត៌មានជូនខាងក្រោម៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងម៉ោងនៃការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាព័ត៌ទុយហ្គាល់ រុស្ស៊ី និងអេស្ប៉ាញ រួមទាំងបច្ចេកទេសម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្ប៉ាញនោះ៖ សូមចូលទៅកាន់គេហទំព័ររបស់យើងខ្ញុំនៅលើអ៊ីនធឺណិត៖
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx។

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ វាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្តេជ្ញាធ្វើឱ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903